# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| THOMAS CALLAWAY AND THELMA CALLAWAY | * | CIVIL ACTION NO. 11-00193 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| AMERICAN MEDICAL SYSTEMS, INC. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

As Plaintiffs have failed to take the corrective actions ordered by the Court within the allowed time period, **IT IS ORDERED** that the motion to dismiss for failure to state a claim upon which relief can be granted (Doc. # 13) filed by Defendant American Medical Systems, Inc., is **GRANTED**, and judgment is entered in favor of Defendant and against Plaintiffs, Thomas and Thelma Callaway, **DISMISSING, with prejudice**, Plaintiffs' claims in their entirety.  Fed. R. Civ. P. 12(b)(6).

THUS DONE AND SIGNED this 27th day of February, 2012, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE